IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JUN -4 PM 3: 03

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:10-CR-037 |
| | § | |
| CYNTHIA LYNN ORTEGA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR TIME EXTENSION

Came for consideration the "Motion Requesting Extention [sic] to File Motion 28 U.S.C. Section 2255," filed by defendant April 8, 2013 (document 131) and an identical motion again filed May 6, 2013 (document 132). On May 15, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the two instant motions be denied. No objections to the Report and Recommendation have been filed.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the motions for a time extension filed by defendant (documents 131 and 132) are DENIED.

IT IS SO ORDERED.

ENTERED this ____ day of June 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE